1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION           *E-FILED - 10/18/06*

11

| | |
|---|---|
| 12  ZHIPING LIU, | ) |
|                 | ) No. C 06-5547 RMW |
| 13          Plaintiff, | ) |
|                 | ) |
| 14      v.     | ) |
|                 | ) **STIPULATION TO DISMISS; AND** |
| 15  U.S. ATTORNEY GENERAL; *et al.*, | ) **[] ORDER** |
|                 | ) |
|             Defendants. | ) |

16

17    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

18 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

19 of the approval of Plaintiff's naturalization application.

20    Each of the parties shall bear their own costs and fees.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Stip to Dismiss
C 06-5547-RMW

| | | |
|---|---|---|
| 1 | Dated: September 21, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | /s/<br>ILA C. DEISS<br>Assistant United States Attorney |
| 6 | | Attorney for Defendants |
| 7 | | |
| 8 | Dated: September 21, 2006 | /s/<br>DANNING JIANG |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/18/06      /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Stip to Dismiss
C 06-5547-RMW